EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2014-00438 |

Florida Commission On Human Relations _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Nancy Palilonis | [redacted] | [redacted] |

Street Address — City, State and ZIP Code
[redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PALM BEACH COUNTY BOARD OF COUNTY COMMISSIONERS | 500 or more | (561) 233-3600 |

Street Address — City, State and ZIP Code
100 Australian Avenue, West Palm Beach, FL 33406

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-04-2013   Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a female who participated in an activity protected by Title VII when I complained to management that I am being bullied and harassed by Charles Cheney, male, Manager of Capital Improvements Real Estate Inspection Services that he is, including, but not limited to, denying me training, not providing me with updates on projects assigned to me, ignoring me, not responding to me when I ask him questions, interrupting me when I am speaking, and providing misinformation to me on a daily basis. Mr. Cheney becomes very angry about work product and when I ask him questions.

Mr. Cheney has recruited male Project Coordinators, Rich Avery and David Schwarz, to assist him in his harassment and intimidation in hopes I will resign. These daily events have created a hostile work environment for me.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 09, 2013     *[signature]* 1 of 2
Date              Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>510-2014-00438 |
|---|---|---|

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am being denied training and work related information necessary to do my job. Two Project Coordinators, Trevor Jaggernauth and William Munker, who were promoted earlier this year, were given training which I am being denied. Mr. Cheney has also trained Rich Avery who was hired by the County one week after I was.

Additionally, Mr. Cheney has bullied and harassed a female Project Coordinator, Lynette Scraper and former section secretary, Nancy Chatos.

No remedial action has been taken by management.

I believe I am being discriminated against and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 09, 2013
Date — Charging Party Signature  2 of 2

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)